1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Cynthia Hogg and Deon Runge, a married)      No. CV 10-1998-PHX-MHM
     couple,                                 )
10                                            )      **ORDER**
                    Plaintiff,                )
11                                            )
     vs.                                      )
12                                            )
                                              )
13   Maricopa County Sheriff's Department, et)
     al.,                                     )
14                                            )
                    Defendant.                )
15                                            )
                                              )
16

17

18        In an October 21, 2010 Order, this Court granted Plaintiffs' counsel's motion to

19   withdraw.  (Doc. 14).  In the same Order, the Court gave Plaintiff until November 3, 2010,

20   to secure new counsel and warned Defendants that if they failed to secure new counsel by

21   that date, the Court would assume they were proceeding pro-se.  The Court further ordered

22   that if Defendants elected to proceed pro-se, they must file a response to Defendant Maricopa

23   County Sheriff's Department's Motion to Dismiss no later than November 18, 2010, and that

24   their failure to file such a response would result in this Court summarily granting

25   Defendant's motion pursuant to LRCiv 7.2(I).  Plaintiff have neither hired a new attorney nor

26   responded to Defendant's Motion to Dismiss.

27   / / /

28

1    **Accordingly,**

2         **IT IS HEREBY ORDERED** granting Defendant Maricopa County Sheriff's

3    Department's Motion to Dismiss.  (Doc. 9).

4         DATED this 20th day of December, 2010.

5

6

7

8    _____
     Mary H. Murguia
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -